UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
EXHIBIT LIST OF PLAINTIFF

Case No.: 3:19-mj-00206-DMS  Magistrate Judge: DEBORAH M. SMITH

Title: U.S.A.
vs. MICHAEL LEE GRAVES

Dates of Hearing/Trial: May 14, 2019

Deputy Clerk/Recorder: Robin Carter

Official Reporter: None Present

**Attorney for Plaintiff**

**Kimberly Sayers-Fay**

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 | X | 5/14/19 | Twitter post dated 2/13/19 |
| 2 | X | 5/14/19 | Twitter post dated 2/24/19 |
| 3 | X | 5/14/19 | Twitter post dated 4/15/19 |
| 4 | X | 5/14/19 | Twitter post dated 4/16/19 |
| 5 | X | 5/14/19 | Twitter post dated 4/19/19 |
| 6 | X | 5/14/19 | Twitter post dated 5/6/19 |
| 7 | X | 5/14/19 | Twitter post dated 3/9/19 |
| 8 | X | 5/14/19 | Twitter post 3/23/19 |
| 9 | X | 5/14/19 | Twitter post dated 3/23/19 |
| 10 | X | 5/14/19 | Images of bumper stickers on car |
| 11 | X | 5/14/19 | Definition of images from bumper stickers |
| 12 | X | 5/14/19 | Image of suppressor with 1488 |
| 13 | X | 5/14/19 | Image of suppressor with "snoos" |
| 14 | | | |
| 15 | X | 5/14/19 | Firearm transaction report |

| EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|-----|----|----|------------------------|
|     |    |    |                        |